1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  FRANK J. RIEBLI (CABN 221152)
   Assistant United States Attorney
5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-7200
       FAX: (415) 436-7234
7      Frank.Riebli@usdoj.gov

8  Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR 15-478 RS |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER EXCLUDING TIME |
| ) | |
| v. ) | |
| ) | |
| HENRY WEISS, and ) | |
| NICHOLAS CELLI, ) | |
| ) | |
| Defendants. ) | |
| ) | |

On February 16, 2016, at 2:30 p.m., defendants Henry WEISS and Nicholas CELLI appeared before the Court through counsel. At that hearing, the government advised the Court that the parties were discussing resolution and wished to have a short continuance to see whether the parties could reach agreement. The parties asked to return to the Court on March 8, 2016 for a status conference. The parties agreed that time should be excluded between February 16, 2016 and the next appearance for status on March 8, 2016 in order to ensure the effective preparation of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv).

ORDER EXCLUDING TIME
CR 15-478 RS

The parties agree that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

SO STIPULATED.

DATED: February 17, 2016

Respectfully submitted,

BRIAN J. STRETCH
Acting United States Attorney

_____/s/_____
FRANK J. RIEBLI
Assistant United States Attorney

_/s/ Frank Riebli w/ permission_
STUART HANLON
Attorney for Henry Weiss

_/s/ Frank Riebli w/ permission_
DARLENE COMSTEDT
Attorney for Nicholas Celli

For the reasons stated above, the Court finds that the exclusion of time from February 16, 2016 through and including March 8, 2016 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The failure to grant the requested continuance would deny the defendant effective preparation of counsel, and would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(iv).

SO ORDERED.

DATED: February 18, 2016

_____
HONORABLE RICHARD SEEBORG
United States District Court Judge