1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney

2  BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  FRANK J. RIEBLI (CABN 221152)
   Assistant United States Attorney
5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-7200
       FAX: (415) 436-7234
7      Frank.Riebli@usdoj.gov

8  Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | CASE NO. CR 15-478 RS |
|---|---|
| Plaintiff, | STIPULATION AND |
| v. | [~~PROPOSED~~] |
| HENRY WEISS, and NICHOLAS CELLI, | ORDER CONTINUING STATUS CONFERENCE |
| Defendants. | |

| | |
|---|---|
| 1 | Defendants Henry Weiss and Nicholas Celli are currently scheduled to appear before the Court on December 13, 2016 at 2:30 p.m. for a status conference. The parties request that the Court continue that status hearing until January 24, 2017 at 2:30 p.m. As the Court is aware, co-defendant Barbara Loza is scheduled to enter a change of plea on January 10, 2017, and co-defendant Gage Wynne is scheduled for sentencing on January 17, 2017. The government and counsel for the Mssrs. Weiss and Celli believe that they will be prepared to set sentencing dates for both defendants on January 24, 2017. The parties therefore request that the Court continue the current status conference to January 24, 2017 at 2:30 p.m. |

SO STIPULATED.

DATED: December 9, 2016                     Respectfully submitted,

                                                                                     BRIAN J. STRETCH
United States Attorney

                                                                                      /s/
FRANK J. RIEBLI
Assistant United States Attorney

                                          /s/ Frank Riebli w/ permission
STUART HANLON
Attorney for Henry Weiss

                                          /s/ Frank Riebli w/ permission
DARLENE COMSTEDT
Attorney for Nicholas Celli

For the reasons stated above, the Court hereby continues the current status conference for defendants Henry Weiss and Nicholas Celli from December 13, 2016 at 2:30 p.m. to January 24, 2017 at 2:30 p.m.

SO ORDERED.

DATED: December 12, 2016

                                                           HONORABLE RICHARD SEEBORG
United States District Court Judge

ORDER CONTINUING HEARING
CR 15-478 RS