```
 1  STUART HANLON, SBN: 66104
    LAW OFFICES OF HANLON & RIEF
 2  1663 Mission Street, Suite 200
    San Francisco, California 94103
 3  (415) 864-5600

 4  Attorney for Defendant HENRY WEISS
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR-15-478 RS |
|---|---|
| Plaintiff, | **STIPULATION & [PROPOSED] ORDER TO MODIFY PRETRIAL RELEASE CONDITIONS** |
| v. | |
| HENRY WEISS, | |
| Defendant. | |

Defendant herein, HENRY WEISS, is on pretrial release; presently, one of the conditions of his release is that he not use or possess any narcotic or controlled substance without a legal prescription. The Court has also ordered Mr. Weiss to submit to drug testing by Pretrial Services. While on pretrial release, Mr. Weiss has had one positive UA test for marijuana in January of last year. He has tested cleanly in all subsequent drug tests. He has complied with all other conditions of his release.

Mr. Weiss has recently obtained new employment as a trainee/apprentice pile-driver. In his new position, he works from 6:30 a.m. to 5:30 p.m. every day except Sunday. He has no significant breaks or phone access during work hours. He has no holidays and no days off except Sunday. His present job site is at the Facebook campus in Menlo Park. Due to Mr. Weiss' work schedule and the logistics of his commute, it will be nearly impossible for him to get to his Pretrial Services officer, Josh Libby, for drug testing during the window when those tests are conducted. Defense counsel contacted Mr. Libby, and he informed defense counsel that Pretrial

Services is in support of a Court order removing the drug-testing condition from Mr. Weiss' conditions of release.

Defense counsel has also contacted the AUSA handling this case, Frank Riebli, and he has no objection to this proposed modification.

As such, defendant is requesting that the court modify Mr. Weiss' conditions of pretrial release to remove the condition requiring Mr. Weiss to submit to drug testing.

It is hereby stipulated by Stuart Hanlon, attorney for defendant herein, Henry Weiss, and Frank Riebli, Assistant U.S. Attorney, that Mr. Weiss' pretrial release conditions be modified to remove the condition requiring Mr. Weiss to submit to drug testing. All other conditions of pretrial release remain the same.

Pretrial Services Officer Josh Libby has no objection to this modification.

Dated: January 11, 2016           s/Stuart Hanlon, CSBN: 66104
                                  LAW OFFICES OF HANLON & RIEF
                                  1663 Mission Street, Suite 200
                                  San Francisco, CA 94103
                                  415/864-5600
                                  stuart@stuarthanlonlaw.com

Dated: January 11, 2016           s/Frank Riebli
                                  Assistant U.S. Attorney
                                  Office of the U.S. Attorney

**ORDER**

Good cause having been shown by stipulation of the parties herein,

**IT IS HEREBY ORDERED** that Mr. Weiss' pretrial release conditions be modified to remove the condition requiring Mr. Weiss to submit to drug testing. All other conditions of pretrial release remain the same.

Dated: January 13, 2017

HON. MAGISTRATE [JUDGE] RO ZIMMERMAN

IT IS SO ORDERED AS MODIFIED
Judge Maria-Elena James
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA