| | |
|---|---|
| 1 | STUART HANLON, SBN: 66104<br>LAW OFFICES OF HANLON & RIEF |
| 2 | 1663 Mission Street, Suite 200<br>San Francisco, California 94103 |
| 3 | (415) 864-5600 |
| 4 | Attorney for Defendant HENRY WEISS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HENRY WEISS,<br><br>　　　　　Defendant. | No. CR-15-478 RS<br><br>**STIPULATION & [~~PROPOSED~~] ORDER CONTINUING SENTENCING DATE** |

　　　　The defendant, Henry Weiss, by and through his counsel, Stuart Hanlon, and the United States, by and through its counsel, Assistant U.S. Attorney Frank Riebli, hereby move the Court to continue the date of the defendant's sentencing hearing from May 9, 2017 at 2:00 p.m. until June 27, 2017 at 2:00 p.m. The reason for the continuance is that defense counsel recently underwent surgery for a shoulder replacement and is still recovering.  It is anticipated that he will not be able to go forward on the currently set date due to his condition.  Defense counsel is confident that he will be prepared to go forward with sentencing on the agreed upon date of June 27, 2017 at 2:00 p.m.

　　　　On April 25, 2017 defense counsel confirmed with the probation department that they have no objection to this continuance.

　　　　As the defendant has pled guilty there are no Speedy Trial Act concerns implicated by this continuance.  Accordingly, the parties hereby ask the Court to continue the matter until June 27, 2017 at 2:00 p.m. for sentencing.

1

| | |
|---|---|
| Dated: April 26, 2017 | s/Stuart Hanlon, CSBN: 66104<br>LAW OFFICES OF HANLON & RIEF<br>1663 Mission Street, Suite 200<br>San Francisco, CA 94103<br>415/864-5600<br>stuart@stuarthanlonlaw.com |
| Dated: April 26, 2017 | s/Frank Riebli<br>Assistant U.S. Attorney<br>Office of the U.S. Attorney |

## ORDER

Good cause having been shown and by Stipulation of the parties herein,

IT IS HEREBY ORDERED that defendant Henry Weiss' sentencing hearing be continued to June 27, 2017 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: 4/27/17

_____
Hon. Richard Seeborg
United States District Court Judge